UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Derek Guy Martin,

Plaintiff,

vs.

**Civil No. 01-CV-124 JRT/FLN**

John Does Nos. 1 through 5, deputies of the Hennepin County Sheriff's Department, acting in their individual capacities; Jane Doe and Richard Roe, nurses of the Hennepin County Sheriff's Department, acting in their individual capacities; Patrick D. McGowan, acting in both his individual and official capacities as Hennepin County Sheriff; and Hennepin County,

Defendants.

**STIPULATION TO EXTEND TIME IN WHICH TO ANSWER COMPLAINT**

WHEREAS, the parties to the above-captioned action desire to complete investigation into the claims which are the subject of this action and adequately prepare for settlement or drafting factually and legally correct pleadings; and

WHEREAS, the complaint in this matter was served prior to defendants complete investigation into the allegations; and

WHEREAS, plaintiff is obtaining more complete medical records to provide defendants more information regarding plaintiff's claims,

NOW, THEREFORE, it is stipulated and agreed between the parties, through their counsel, as follows:

1. Defendants' Answer to plaintiff's Complaint will not be due until April 23. 2001.

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

2. Defendants will serve and file their Answer to plaintiff's Complaint on or before April 23, 2001.

AMY KLOBUCHAR
Hennepin County Attorney

By: Karla F. Hancock
KARLA F. HANCOCK (120686)
Sr. Assistant County Attorney
Attorneys for County of Hennepin
2000A Government Center
Minneapolis, MN 55487
Telephone: (612) 348-5523
Fax No: (612) 348-8299

Dated: March 7, 2001

GARTNER, BENNETT & SCHUPP, PC

By: Robert Bennett
Robert Bennett (6713)
Eric Hageman (285180)
Attorneys for Plaintiff
Gartner, Bennett & Schupp, PC
One Financial Plaza, Suite 2200
120 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 333-3839
Fax No: (612) 333-3129

Dated: March 8, 2001

ORDER

Based on the stipulation of the parties, the defendants shall file and serve their answer to plaintiff's Complaint on or before April 23, 2001.

BY THE COURT

Dated: March 13, 2001

Franklin L. Noel, Magistrate Judge
of United States District Court

828/order