UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Derek Guy Martin,

Plaintiff,

vs.

**Civil No. 01-CV-124 JRT/FLN**

John Does Nos. 1 through 5, deputies of the Hennepin County Sheriff's Department, acting in their individual capacities; Jane Doe and Richard Roe, nurses of the Hennepin County Sheriff's Department, acting in their individual capacities; Patrick D. McGowan, acting in both his individual and official capacities as Hennepin County Sheriff; and Hennepin County,

Defendants.

**COURT APPROVAL OF SETTLEMENT**

---

This matter came before the court on the *ex parte* motion of Hennepin County seeking court approval of settlement in accordance with Minn.Stat.§ 466.08;

Based upon the representation of the Assistant County Attorney that the Hennepin County Board of Commissioners authorized the settlement of the captioned lawsuit at a legal briefing on October 9, 2001;

NOW, THERFORE this court hereby approves settlement in excess of $10,000 of the captioned lawsuit brought arising from an incident at the Hennepin County Adult Detention Center on September 4-5, 2000.

John R. Tunheim
Judge of District Court

Dated: Oct. 12, 2001

FILED OCT 15 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________